LEONIS v. LEFFINGWELL.

LEONIS' ESTATE v. SAME.

L. A. No. 641; January 3, 1899.

55 Pac. 897.

Appeal.—Motion to Dismiss Appeal, Involving an Examination of the entire record, and incidentally a consideration of the merits, will be continued until the hearing of the merits.[1]

APPEALS from Superior Court, Los Angeles County.

Actions by Leonis, executrix, and by the estate of Leonis, against Leffingwell. From judgments for plaintiffs, defendant appeals. Plaintiffs move to dismiss the appeals. Continued.

[1] Cited and followed in Estate of Sharp, 10 Cal. App. 3, 100 Pac. 1071, a case where the controversy was based wholly on the jurisdiction of the probate court, and its determination, as the court said, would involve the merits.

Wells & Lee for appellant; H. H. Appell, R. Dunnigan and Reynurt & Orfelia for respondents.

PER CURIAM.—The motion to dismiss the appeals in these cases involves an examination of the entire record, and incidentally a consideration of the merits of the appeals. The motions are for that reason continued until the hearing of the appeals upon their merits.